United States District Court

Northern District of California

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

vs.

ROSIE ALVARADO,

    Defendant

Case No.: C11-06153-YGR

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION *RE* THIS CASE BE REMANDED

The Court has reviewed Magistrate Judge James's Report and Recommendation, recommending that this state law unlawful detainer action be remanded to the Superior Court for Contra Costa County. The time for filing objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to the Contra Costa County Superior Court and Defendant Alvarado's Application to Proceed *in Forma Pauperis* is DENIED.

**IT IS SO ORDERED.**

Dated: January 20, 2012

_____
Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE